**Maurice G. HARGROVE,**
**Plaintiff–Appellant,**

v.

**CITY OF MONTGOMERY, ALA-**
**BAMA, Phoukam Sichanthavong,**
**Defendants–Appellees.**

**No. 12–12802**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 29, 2012.

Elizabeth Peyton Faulk, Bush & Faulk, LLC, Anthony B. Bush, Lewis, Bush & Faulk, LLC, Montgomery, AL, for Plaintiff–Appellant.

Jason Cole Paulk, City Attorney's Office, Montgomery, AL, for Defendants–Appellees.

Before TJOFLAT, KRAVITCH, and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from the grant of defendants/appellees's, the City of Montgomery, Alabama, and former Montgomery police officer, Phoukam Sichanthavong's (Sichanthavong), motion for summary judgment against plaintiff/appellant, Maurice Hargrove (Hargrove), on his numerous causes of action claims relating to a law enforcement encounter between Hargrove and Sichanthavong in the parking lot of a local bank, as Sichanthavong attempted to respond to a nearby bank robbery.

We have reviewed the record in this appeal, the briefs, and the argument of counsel. Finding no error, we affirm the judgment of the district court.

AFFIRMED.